

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Micheal Todd Wray v. Richard Picard

Appellate case number:   01-19-00188-CV

Trial court case number: 18-CV-0640

Trial court:             10th District Court of Galveston County

     The motion for rehearing is denied.

     It is so ORDERED.


Judge's signature: _/s/ Evelyn V. Keyes_____
               ☐ Acting individually     ☑ Acting for the Court


Panel consists of Justices Keyes, Kelly, and Landau.


Date: ___December 15, 2020_____